**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| THERESA CONCEPCION,<br><br>Plaintiff.<br><br>v.<br><br>RYAN REYNOLDS, an individual; MAXIMUM EFFORT PRODUCTIONS, INC., a New York Domestic Business Corporation; BLAKE LIVELY, an individual; LESLIE SLOANE, an Individual; VISION PR, a New York Domestic Business Corporation; NICK SHAPIRO, an individual; 10th AVENUE CONSULTING, LLC, a California Limited Liability Company, KELLY BUSH NOVAK, an individual; ID PUBLIC RELATIONS, INC. a California Incorporated Entity. | ) | Case No: 26 CV 4726 - GLR<br><br>**COMPLAINT**<br>**JURY TRIAL DEMANDED** |

***ATTACHMENT TO SUMMONS – DEFENDANTS TO BE SERVED***

RYAN REYNOLDS, New York, NY
MAXIMUM EFFORT PRODUCTIONS, INC., a New York Domestic Business Corporation;
BLAKE LIVELY, New York, NY
LESLIE SLOANE, New York, NY
VISION PR, a New York Domestic Business Corporation
NICK SHAPIRO, Los Angeles, CA
10th AVENUE CONSULTING, LLC, a California Limited Liability Company,
KELLY BUSH NOVAK, Los Angeles, CA
ID PUBLIC RELATIONS, INC. a California Incorporated Entity