# THERESA L. CONCEPCION

November 19, 2026

**<u>VIA EDSS</u>**

The Honorable George L. Russell, III
United States District Court
District of Maryland
Edward A. Garmatz United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re: *Concepcion vs. Reynolds*, et al., 26-cv-04726-GLR

Dear Chief Judge Russell,

I am the Plaintiff in the above-referenced litigation, representing myself *pro se*. Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), I respectfully request that this case be transferred to the Southern District of New York.

In *Wallace vs. Lively*, 25-cv-00163 (U.S. District Court for the Western District of Texas), the court dismissed a lawsuit brought against Blake Lively for lack of personal jurisdiction. The case is now before the U.S. Court of Appeals for the Fifth Circuit, *Wallace vs. Lively*, Case No. 25-51040.

After reviewing the appellate briefs of the parties, I believe the proper venue for this litigation would be in the Southern District of New York, where three of the defendants reside. The Southern District is also the location of three related litigations, *Lively vs. Wayfarer Studios LLC*, 1:24-cv-10049; *Wayfarer Studios LLC vs. Lively*, 1:25-cv-00449, *Jones vs. Abel*, 1:25-cv-00779. My coverage of these cases led to my current litigation and, as Plaintiff, I concede I submitted myself to New York jurisdiction when I went to the Southern District of New York to observe two separate hearings in the *Lively vs. Wayfarer Studios* litigation.

As the complaint was just filed on November 13, 2026, Defendants have not yet been served and the Southern District of New York would be the forum most convenient for all parties and would serve the interest of justice, I ask that the case be transferred.

Thank you for your consideration.

Respectfully,

Theresa Concepcion

Theresa@theresaconcepcion.com